OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



July 7, 2006

UNITED STATES OF AMERICA

    v.

Ruth C. Fallis

MAGISTRATE NO. 06-82M-MPT

I hereby acknowledge receipt of the following documents: U.S. Passport No. 095035853 issued on March 16, 2000. Expiration date March 12, 2001 to above defendant.

FILED
JUL 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7-7-2006
_____
DATE

_____
Donna M. Seninger
DEPUTY CLERK