# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
------------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail kjennings@ojlaw.com

July 17, 2006

Keith Kincaid
Court Room Deputy to Judge Thynge
U.S. District Court
844 North King Street
Wilmington, DE 19801

Re:   **USA v. Ruth C. Fallis; Case No. 03-82M**

Dear Mr. Kincaid:

Enclosed please find the executed Waiver of Preliminary Examination or Hearing for filing regarding the above-referenced matter.

Please call if you have any questions.

Very truly yours,

KATHLEEN M. JENNINGS

KMJ/all
Enclosure
cc:   Beth Moskow-Schnoll (w/ enclosure)

FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE