# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RUTH C. FALLIS

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **06-82M-MPT**

I, **RUTH C. FALLIS**, charged in a complaint pending in this District with **INTERSTATE TRANSPORTATION OF STOLEN SECURITIES IN EXCESS OF $5,000 AND DEVISING A SCHEME TO DEFRAUD BY MAKING INTERSTATE TELEPHONE CALLS TO THE IRS IN EXECUTION OF THE FRAUD**, in violation of Title **18**, U.S.C., **1343 and 2314**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

July 17, 2006

**FILED**
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE